LEE, impl., etc., v. GRIMES, WHO SUES, etc.

## *Appeal from District Court of Gilpin County.*

ELBERT, J.   The parties, pleadings, and evidence presented by the record in this case are so nearly identical with the case of *Lee, impleaded, etc.* v. *Grimes et al.,* decided at the present term, that it is unnecessary to do more than to refer to the opinion therein delivered, for a decision of the question presented by this record.

The record does not disclose any error prejudicial to the appellant, and the judgment of the court below is

*Affirmed.*